O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAUL HERNANDEZ, | ) | Case No. CV 13-02903 DDP (JCx) |
| Plaintiff, | ) | |
| v. | ) | **ORDER TO SHOW CAUSE RE: AMOUNT IN CONTROVERSY** |
| ALTA DENA CERTIFIED DAIRY LLC, | ) | |
| Defendant. | ) | |

Defendant is ordered to show cause why this action should not be remanded for lack of subject matter jurisdiction. Defendant removed this employment action to this court on the basis of diversity jurisdiction. Defendant's calculation of the amount in controversy is based upon an estimate that Plaintiff lost over $81,000 in wages as a result of his alleged wrongful termination. (Notice of Removal at 5.) Plaintiff's complaint, however, does not specify a particular amount of damages. Under such circumstances, Defendant bears the burden of establishing, by a preponderance of the evidence, that the amount in controversy exceeds the

///

jurisdictional minimum.  <u>Sanchez v. Monumental Life Ins. Co.</u>, 102 F.3d 398, 404 (9th Cir. 1996).

It is not clear to the court that the amount in controversy in this matter exceeds $75,000, as is required to establish diversity jurisdiction under 28 U.S.C. § 1332.  Plaintiff earned approximately $40,500 per year.  Though Plaintiff was terminated approximately two years ago, there is no indication in the complaint, or evidence elsewhere, that he has not obtained any employment since the time of his termination and seeks to recover two full years' worth of earnings.

Accordingly, Defendant is ordered to file a brief, not to exceed ten pages, by Monday, June 10, 2013 showing why this action should not be remanded for lack of subject matter jurisdiction. Defendant shall also deliver a courtesy copy to chambers, Room 244-J, Second Floor, 312 N. Spring Street, Los Angeles.  Failure to file a brief in accordance with this Order will be deemed consent to remand of this action.

IT IS SO ORDERED.

Dated: May 31, 2013

　　　　　　　　　　　　　　　　　DEAN D. PREGERSON
　　　　　　　　　　　　　　　　　United States District Judge

2